Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126 ext. 1
866-927-5826 facsimile
Josh@TLGConsumerLaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **WILLIAM KRIGBAUM**, | Case No.: 2:17-cv-00430-TOR |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| **TRANSWORLD SYSTEMS, INC.**, | |
| Defendant. | |

Pursuant to FRCP 41, **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Washington, Eastern District, Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice.

Dated this 6th day of June, 2018

By:  s/Joshua Trigsted
Joshua Trigsted, WSBA#42917
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:17-cv-00430-TOR

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126

1