# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM KRIGBAUM,<br><br>                  Plaintiff,<br><br>    v.<br><br>TRANSWORLD SYSTEMS, INC.,<br><br>                  Defendant. | NO: 2:17-CV-0430-TOR<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

BEFORE THE COURT are Plaintiff's Notice of Voluntary Dismissal (ECF No. 7) and Motion to Dismiss (ECF No. 8). Plaintiff has provided notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that this case is voluntarily dismissed with prejudice and without an award of costs or fees to either party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Plaintiff's notice of voluntary dismissal, this action is **DISMISSED** with prejudice and without an award of costs or fees to either party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Any pending motions are **DENIED** as moot and all hearings are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED June 7, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2